UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PATENT GROUP, LLC, | Case No. 2:12-cv-00019-JRG |
| Plaintiff, | |
| vs. | |
| HULU, LLC | |
| Defendant. | |

**DEFENDANT HULU, LLC'S CORPORATE DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

The undersigned, counsel of record for Defendant Hulu, LLC, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

Hulu, LLC

Additionally, Hulu states that it has no parent corporation and that no publicly-held corporation owns ten percent or more of its stock.

The following corporate entities indirectly own a 10% or more equity interest in Hulu, LLC:  NBC Universal, Inc., a subsidiary of Comcast Corporation, a publicly held corporation; the Walt Disney Company, a publicly held corporation; and News Corporation, a publicly held corporation.

Dated:  April 11, 2012                                 Respectfully submitted,


/s/ Victor de Gyarfas
Victor de Gyarfas  (Texas Bar No. 24071250)
e-mail:  vdegyarfas@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
213.972.4500
213.486.0065

Attorneys for Defendant Hulu, LLC

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned certified that DEFENDANT HULU, LLC'S CORPORATE DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.


    /s/  Victor de Gyarfas