UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATENT GROUP, LLC, | § | |
| *Plaintiff* | § | |
| v. | § | CAUSE NO. 2:12-CV-19-JRG |
| | § | JURY DEMANDED |
| HULU, LLC | § | |
| | § | |
| *Defendant* | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Patent Group, LLC and Hulu, LLC (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree that:

1. Plaintiff, Patent Group, LLC, dismisses with prejudice any and all claims, and causes of action asserted in the above-captioned case against Defendant Hulu, LLC; and

2. Each party will pay their own attorneys fees and costs incurred in the above-captioned case.

Accordingly, the Parties respectfully request that the Court enter the Proposed Order submitted herewith in the above-captioned matter in accordance with Federal Rule of Civil Procedure 41(a)(1).

Dated:  November 6, 2012                Respectfully submitted,

                                        __/s/ Stafford Davis

                                        Stafford Davis
                                        State Bar No. 24054605

        The Stafford Davis Firm, PC
        305 S. Broadway, Suite 406
        Tyler, Texas 75702
        (903) 593-7000
        sdavis@stafforddavisfirm.com

**ATTORNEY FOR PLAINTIFF PATENT GROUP, LLC**

Dated: November 6, 2012        Respectfully submitted,

        /s/ Victor de Gyarfas
        Victor de Gyarfas  (Texas Bar No. 24071250)
        e-mail: vdegyarfas@foley.com
        FOLEY & LARDNER LLP
        555 South Flower Street, Suite 3500
        Los Angeles, CA 90071-2411
        213.972.4500
        213.486.0065

**ATTORNEY FOR DEFENDANT HULU, LLC**

## CERTIFICATE OF CONFERENCE

    Counsel for Plaintiff Patent Group, LLC met and conferred with counsel for Defendant regarding the substance of this stipulation on November 5, 2012.  Counsel for Defendant, Victor de Gyarfas indicated that he agrees to the filing of this joint stipulation.

        /s/ Stafford Davis

        ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 6th day of November, 2012. Any other counsel of record will be served by first class U.S. mail or other reasonable electronic means on this same date.

                                                            __/s/__Stafford Davis_____

                                            **ATTORNEY FOR PATENT GROUP, LLC**