UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATENT GROUP, LLC, | § | |
| *Plaintiff* | § | |
| v. | § | CAUSE NO. 2:12-CV-19-JRG |
| | § | JURY DEMANDED |
| HULU, LLC | § | |
| | § | |
| *Defendant* | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the Joint Stipulation of Dismissal with Prejudice of the Plaintiff, Patent Group, LLC and Defendant Hulu, LLC in the above-captioned case, the Court hereby Orders as follows:

1. All claims, and causes of action, asserted by Plaintiff against Hulu, LLC in the above-captioned case are dismissed with prejudice; and

2. Each party will pay their own attorneys' fees and costs incurred in the above-captioned case.

3. All relief not expressly granted herein is denied.

**So ORDERED and SIGNED this 8th day of November, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE